UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KATHERINE SIMS, ) | |
|     *Plaintiff*, ) | |
| ) | |
| v. ) | Case No. 4:17-cv-01916-HEA |
| ) | |
| CALIBER HOME LOANS, INC., ) | |
|     *Defendant*. ) | |

### DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS

Defendant Caliber Home Loans, Inc., ("Defendant"), pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, files this Corporate Disclosure Statement, and states as follows:

1.  Defendant is a Delaware corporation that is a wholly-owned subsidiary of LSF6 Service Operations, LLC, a Delaware limited liability company.  LSF6 Service Operations, LLC is a wholly-owned subsidiary of LSF6 Mid-Servicer Holdings, LLC, a Delaware limited liability company.  No publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

**LEWIS RICE LLC**

By:   /s/ Sarah A. Milunski
Derick C. Albers, #60966MO
Sarah A. Milunski, #65112MO
600 Washington Avenue, Suite 2500
St. Louis, Missouri  63101
Telephone: (314) 444-7649 (direct)
Facsimile: (314) 241-6049 (direct)
E-mail:  dalbers@lewisrice.com
           smilunski@lewisrice.com

and

**LOCKE LORD LLP**

B. David L. Foster (admitted *pro hac vice*)
Matthew H. Davis (admitted *pro hac vice*)
600 Congress Avenue, Suite 2200
Austin, TX 78701
Telephone: 512-305-4700
Facsimile: 512-305-4800
E-mail: dfoster@lockelord.com
         mdavis@lockelord.com

*Attorneys for Defendant Caliber Home Loans, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on 16th day of August, 2017, a true and accurate copy of the foregoing was served on all counsel of record by operation of the Court's ECF system.

   /s/ Sarah A. Milunski