UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KATHERINE SIMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:17-CV-01916-HEA |
| CALIBER HOME LOANS, INC., | ) ) ) |
| Defendant. | ) |

**ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT**

Complete one option and file this report with the Clerk's Office:

### Option 1

☐ An ADR conference has been held. The neutral elects to extend the deadline for completing ADR for ____ days [not to exceed fourteen additional days] and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____.

### Option 2

In accordance with the Court's Order Referring Case to ADR dated November 7, 2017.

X    A final ADR conference was held on: **March 13, 2018**.

X    All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference, and each possessed the requisite settlement authority;

☐    The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered: _____.

The ADR referral was concluded on **March 13**, 2018 and the parties [X did ☐ did not] achieve a settlement.

### Option 3

☐    Although this case was referred to ADR, a conference WAS NOT HELD.

March 13, 2018                                    _/s/ Richard P. Sher_
Date                                              Richard P. Sher, Neutral