UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KATHERINE SIMS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:17CV1916   HEA ) |
| CALIBER HOME LOANS, INC., | ) ) |
| Defendant. | ) |

## ORDER

The Court having been advised by the ADR Compliance Report that this action has been settled,

**IT IS HEREBY ORDERED** the January 7, 2019, trial setting is vacated and all pending motions are denied without prejudice.

**IT IS FURTHER ORDERED** counsel shall file within thirty (30) days of the date of this Order a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment.   Failure to timely comply with this order shall result in the dismissal of this action with prejudice.

Dated this 16th day of March, 2018.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE